IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dana Dale Perry,

    Plaintiff,

  v.                        Case No. 2:18-cv-117

Commissioner of
Social Security,

    Defendant.

ORDER

This matter is before the court for consideration of the February 12, 2019, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that plaintiff's statement of errors be overruled, and that the Commissioner's decision be affirmed.

The report and recommendation specifically advised the parties that failure to object to the report and recommendation within fourteen days "will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." Doc. 17, pp. 16-17. The time period for filing objections to the report and recommendation has expired, and no party has objected to the report and recommendation.

The court adopts the report and recommendation of the magistrate judge (Doc. 17). Plaintiff's statement of errors (Doc. 10) is overruled, and the decision of the Commissioner is affirmed. The clerk shall enter judgment in favor of the Commissioner.

It is so ordered.

Date: March 1, 2019                          s/James L. Graham
                                           James L. Graham
                                           United States District Judge